UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HERIBERTO MEJIA,

                                  Petitioner,

            v.

Anthony J. LaRocco as Sherrif of Nassau County,
Nassau County Correctional Center,
U.S. Department of Homeland Security
and Executive Office for Immigration Review,

                                  Respondents.
------------------------------------------------------------------x

**STIPULATION OF**
**DISMISSAL**
**WITH PREJUDICE**

Civil Action No.
26-cv-0892

(Brown, J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Valley Stream, New York
       February 26, 2026

       LORNE J. KELMAN
       *Attorneys for Petitioner*
       70 East Sunrise Highway #500
       Valley Stream, New York 11581

By:   */s/ Lorne J. Kelman*
       Lorne J. Kelman, Esq.
       (516) 887-0730
       ljkelman@yahoo.com

Dated: Central Islip, New York
       February 26, 2026

       JOSEPH NOCELLA, JR.
       United States Attorney
       *Counsel for Respondents*
       Eastern District of New York
       610 Federal Plaza
       Central Islip, New York 11722

By:   */s/ Diane C. Leonardo*
       Diane C. Leonardo
       Assistant U.S. Attorney
       (631) 715-7854
       diane.beckmann@usdoj.gov